NUMBER 13-08-00679-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOSE DAVID FLORES CEDILLO, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 275th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Jose David Flores Cedillo, attempted to appeal from a purported order
entered by the 275th District Court of Hidalgo County on November 3, 2008. On December
2, 2008, the Clerk of this Court notified appellant that it appeared that there is no final,
appealable judgment. The Clerk advised that if the defect was not cured within ten days
from the date of receipt of the Court's letter, the appeal would be dismissed for want of
jurisdiction. To date, the appellant has failed to file a response as requested by this
Court's notice. 

 The Court, having considered the documents on file and appellant's failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 29th day of January, 2009.